NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OTTO ALZZA, Individually, and as officer, director, shareholder, principal, manager and/or member of YOLI'S RESTAURANT LLC<br><br>and<br><br>YOLI'S RESTAURANT LLC,<br><br>　　　　　　　　　Defendants. | Civil Action No.: 19-17884<br><br>**ORDER** |

**CECCHI, District Judge.**

　　This matter comes before the Court on Plaintiff Innovative Sports Management, Inc. d/b/a Integrated Sports Media's ("Plaintiff") second motion for default judgment against Otto Alzza and Yoli's Restaurant (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 55.  ECF No. 34.

　　Plaintiff filed the instant action on September 11, 2019 (ECF No. 1) and served Defendants on September 26, 2019 (ECF Nos. 6, 7).  Defendants failed to plead or otherwise appear, and the Clerk entered default against Defendants on December 10, 2019.  On February 7, 2020, Plaintiff moved for default judgment.  ECF No. 9.  Defendants filed a

1

motion to vacate entry of default on March 1, 2020 (ECF No. 10) and Plaintiff opposed (ECF No. 12).  The Court granted Defendants' motion to vacate the entry of default and ordered Defendants to file their answer within seven (7) days of the order dated September 2, 2020.  ECF No. 13.  Defendants did not file their answer within this time.  On October 8, 2020, Defendants requested a one-week extension to file an answer, but again failed to file an answer within the week.  On January 13, 2021, Defendants once more requested an extension to file their answer, which the Court granted.  ECF No. 20.  However, as of the date of this Order, Defendants have not filed an answer.  Plaintiff filed its second request for entry of default on February 25, 2021.  ECF No. 21.  The Clerk entered default against Defendants for the second time on February 25, 2021.  Plaintiff filed the instant motion for default judgment on August 9, 2021.  ECF No. 34.  In accordance with Fed. R. Civ. P. 55,

**IT IS** on this 11th day of March 2022,

**ORDERED** that Plaintiff's motion for default judgment (ECF No. 34) is granted; and it is finally

**ORDERED** that Judgment be entered against Defendants jointly and severally in an amount totaling $20,000, consisting of $10,000 in statutory damages pursuant to 17 U.S.C. § 504(c)(1), and $10,000 in enhanced damages pursuant to 17 U.S.C. § 504(c)(2).

**SO ORDERED.**

                                                s/ Claire C. Cecchi
                                              **CLAIRE C. CECCHI, U.S.D.J.**